UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSE GARCIA DOLORES,**<br><br>Petitioner,<br><br>v.<br><br>**LADEON FRANCIS,** *et al.*,<br><br>Respondents. | Case No. 25–cv–17861–ESK<br><br><br>ORDER |

This Court having granted Petitioner Jose Garcia Dolores's petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) on November 25, 2025 (ECF No. 10); and petitioner having submitted a letter indicating that he was released on bond on December 2, 2025 (ECF No. 18); and for good cause appearing,

**IT IS** on this **9th** day of **December 2025 ORDERED** that:

1. The Clerk shall close this matter. The restrictions imposed on petitioner's location during this matter are lifted.

                                                                   */s/ Edward S. Kiel*
                                                           **EDWARD S. KIEL**
                                                           **UNITED STATES DISTRICT JUDGE**